IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01676-BNB

NORMAN RAY REED JR.,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
TOM CLEMENTS, in his professional and individual capacities,
SCOTT HALL, in his professional and individual capacities,
DONA ZAVISLAN, in her professional and individual capacities,
V. TWOBEARS CHAVEZ, in his professional and individual capacities,
    GRIFFITH, chair of central reading committee, in his professional and individual capacities, and
ANTHONY DECESARO,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Plaintiff, Norman Ray Reed, Jr., is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the correctional facility in Sterling, Colorado.  Mr. Reed initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 seeking money damages and declaratory and unspecified injunctive relief.  Mr. Reed has been granted leave to proceed pursuant to 28 U.S.C. § 1915 without an initial partial filing fee.

    On July 2, 2012, Magistrate Judge Boyd N. Boland determined that the Complaint was deficient because Mr. Reed was suing improper parties and because he failed to assert the personal participation of each named defendant.  Therefore, Mr. Reed was directed to file an amended complaint.  Mr. Reed was warned that the action

would be dismissed without further notice if he failed to file an amended pleading within thirty days.

On July 12, 2012, Mr. Reed filed a letter with the Court requesting a copy of the docket sheet in this case and in his other cases.  Magistrate Judge Boland granted the request by minute order dated July 13, 2012, and directed the Clerk of the Court to mail a copy of the docket sheet in this case to Mr. Reed.  On August 6, 2012, Mr. Reed filed an inmate account statement and another letter to the Court.

Mr. Reed has failed to file an amended complaint as directed by Magistrate Judge Boland.  Magistrate Judge Boland's July 2 Order for an Amended Complaint has not been returned to the Court as undeliverable, and Mr. Reed has not requested any additional time to submit the amended pleading.  As a result, he has failed to file an amended pleading within the time allowed. Therefore, the Complaint and action will be dismissed without prejudice.

In addition, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to file an amended pleading within the time allowed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   10th   day of      August        , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court